# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED JUNE 4, 2013

---

### NO. 03-12-00749-CV

---

**Bank of America, N.A., Appellant**

**v.**

**Travis County, Austin Independent School District, City of Austin, Travis County Healthcare District d/b/a Central Health and Austin Community College, Appellees**

---

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES

---

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.